No. 71–6719. BROWN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–6722. MARTIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–6723. CHAIS-SHULMAN *v.* BANK OF AMERICA TRUST NO. 54212. C. A. 9th Cir. Certiorari denied.

No. 71–6725. SANCHEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–6726. LOBON *v.* GOVERNMENT OF THE CANAL ZONE; and

No. 71–6727. LOBON *v.* GOVERNMENT OF THE CANAL ZONE. C. A. 5th Cir. Certiorari denied. Reported below: 457 F. 2d 511.

No. 71–6728. BAILEY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 71–6729. WEAVER *v.* CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL. C. A. 9th Cir. Certiorari denied.

No. 71–6730. WILKES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–6731. DIXON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–6733. GALI *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 71–6735. KENNEDY, AKA THOMAS, ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 71–6736. DAVIS *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.